# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT

I, Kacie L. Laidacker, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint. This affidavit contains information necessary to support a probable cause determination that Jordan Andrew Derrick has committed federal offenses, specifically engaging in a business of manufacturing explosive materials without a license in violation of 18 U.S.C. §§ 842(a)(1) and 844(a)(1), distribution of information relating to explosives, in violation of 18 U.S.C. §§ 842(p)(2)(B) and 844(a)(2), and unlawful possession of an unregistered firearm – destructive device, in violation of 26 U.S.C. §§ 5861(d) and 5871.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for seventeen (17) years. I am currently assigned to the Domestic Terrorism Squad in the Kansas City Field Office of the FBI ("FBI KC") where I am assigned to investigate weapons of mass destruction ("WMD"), bombing, terrorism related violations of Title 18, United States Code, and other violations of federal law. As the Weapons of Mass Destruction Coordinator ("WMDC") for FBI KC, I have completed all required WMD training in chemical, biological, nuclear, radiological and explosive precursors modalities and successfully completed the certification course in August 2024. Recently, I have taken on the role as the Counter Unmanned Air Systems (C-UAS) Coordinator and run FBI KC's Counter UAS Task Force. As the WMDC and C-UAS Coordinator, I am currently assigned to the FBI Kansas City Division's Joint Terrorism Task Force (JTTF), which is comprised of law enforcement officers from several state and local law enforcement agencies in Kansas and Missouri. During my 17 years of investigations, I have conducted interviews, surveillance, search and arrest warrants, operated two separate undercover operations, testified during sentencings, and conducted asset forfeiture. I am also a

team lead for the FBI's Evidence Response Team (ERT) and have conducted and lead multiple searches, both criminal and national security related. Prior to becoming an FBI Special Agent, I spent approximately five and a half years as an Investigative Specialist with the FBI's Special Surveillance Group (SSG) where I conducted covert surveillance on National Security cases and ran the day-to-day operations of an FBI covert facility. Through my experience, education, and training, I have become familiar with methods and tradecraft utilized by individuals to communicate or engage in activities in support of crimes related to explosive materials. I have gained this knowledge through my training at the FBI Academy and my daily work related to WMD and domestic terrorism investigations. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my participation in this investigation, personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purposes of enabling this Court to make a judicial determination of probable cause to issue a complaint charging the defendant with federal offenses, I have not included all facts known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the legal basis to support a probable cause determination for the charges contained in the accompanying complaint.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 842(a)(1), engaging in the business of importing, manufacturing, or dealing in explosive materials without a license; 18 U.S.C. § 842(p)(2)(B), teaching, or demonstrating to any person the making or use of an explosive, a destructive device, or weapon of mass destruction, or distributing by an means information pertaining to, in whole or in part, the

manufacture or use of an explosive, destructive device, or weapon of mass destruction, knowing that such person intends to use the teaching, demonstration, or information for, or in furtherance of, an activity that constitutes a Federal crime of violence; and 26 U.S.C. § 5861(d), receiving or possessing a firearm which is not registered in the National Firearms Registration and Transfer Record, have been committed, are being committed, and will be committed by Jordan Andrew Derrick and others both known and unknown to investigators.

## TARGET OFFENSES

5. 18 U.S.C. § 842(a)(1) provides as follows:

> It shall be unlawful for any person- (1) to engage in the business of importing, manufacturing, or dealing in explosive materials without a license issued under this chapter.

6. 18 U.S.C. § 842(p)(2)(B) provides as follows:

> It shall be unlawful for any person- (B) to teach or demonstrate to any person the making or use of an explosive, a destructive device, or a weapon of mass destruction, or to distribute to any person, by any means, information pertaining to, in whole or in part, the manufacture or use of an explosive, destructive device, or weapon of mass destruction, knowing that such person intends to use the teaching, demonstration, or information for, or in furtherance of, an activity that constitutes a Federal crime of violence; and

7. 26 U.S.C. § 5861(d) provides as follows:

> It shall be unlawful for any person—(d) to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record.

**PROBABLE CAUSE**

8. The FBI is conducting a criminal investigation regarding Jordan Andrew Derrick (Derrick) based on instructional videos discovered on electronic devices belonging to Shamsud-din Jabbar, who conducted a terrorist attack in New Orleans, Louisiana on January 1, 2025. Prior to the vehicle attack, Jabbar placed two Improvised Explosive Devices ("IEDs") on Bourbon Street, which did not explode. During a subsequent search of a residence that had been rented by Jabbar, FBI New Orleans recovered two laptops and a USB drive belonging to Jabbar (the "USB"). Based on the review of the laptops and/or USB, FBI New Orleans discovered videos created and distributed by Derrick. In the videos, Derrick provided step-by-step instructions on how to make the explosives.

9. The USB contained a folder labeled "Videos" (the "Videos folder"). FBI New Orleans conducted a full review of the Videos folder. There were approximately 12 videos in the Videos folder, six of which were created by Derrick. The other videos were associated with other YouTube channels. Several of the videos created by Derrick depicted processes on how to construct explosive components such as detonators, nickel aminoguanidine perchlorate (NAP), ethylene glycol dinitrate (EGDN), hexamethylene triperoxide diamine (HMTD), hexamine dinitrate (HDN), Research Department eXplosive (RDX), silver acetylide double salt (SADS).[1]

[1] These are all explosive materials or components of explosive materials as defined by 18 U.S.C. § 841.

10. The same videos found on Jabbar's electronic devices were found on YouTube channel @duganashley1337 (URL: youtube.com/@duganashley1337) and Odysee account @DuganAshley:e (URL: odysee.com/@DuganAshley:e).[2]

11. Following a review by the FBI of the Videos folder, a video titled "0521" located. The "0521" video was last modified on December 28, 2024. The video (duration: 21 minutes 20 seconds) depicted the user of YouTube channel @duganashley1337, Derrick, describing nickel aminoguanidine perchlorate (NAP) and how to construct it. NAP is an energetic compound that can be used as an explosive. The video appeared to be a download of the YouTube video titled "NAP Advancement" (URL: youtube.com/watch?v=VR_9GZIIRRo&t=5s) on the YouTube channel @duganashley1337. The video was uploaded to YouTube on May 22, 2024.

12. A video titled "Advanced Explosive Design part 1" was found in the Videos folder and was last modified on October 13, 2024. The video (duration: 44 minutes 55 seconds) depicted the user of YouTube channel @duganashley1337, Derrick, talking about advanced explosive design as part of his "energetic" series. The video appeared to be a download of the YouTube video titled "Advanced Explosive Design [ p1 ]" (URL: youtube.com/watch?v=I_O-4M0_dsM) on the YouTube channel @duganashley1337. The video was uploaded to YouTube on January 11, 2024.

13. A video titled "RDX2" was found in the Videos folder on the USB and was last modified on September 25, 2024. The video (duration: 17 minutes 46 seconds) depicted the user of YouTube channel @duganashley1337, Derrick, describing Research Department eXplosive (RDX) and how to construct it. RDX is a highly powerful, synthetic, white crystalline nitramine

---

[2] Odysee is a decentralized, open-source video-sharing platform that is designed as a YouTube alternative with a focus on free speech and operates on the LBRY blockchain, allowing creators to earn cryptocurrency and offering a user-friendly interface for finding diverse content.

explosive that is primarily used in munitions, bombs, and plastic explosives. The video appeared to be a download of the YouTube video titled "RDX Synthesis p2" (URL: youtube.com/watch?v=W_KOCIFzfzl) on the YouTube channel @duganashley1337. The video was uploaded to YouTube on December 14, 2023. Below is a screenshot of video thumbnails that were depicted on the "Dug" YouTube webpage.




14. A video titled "Detonators" was found in the Videos folder and was last modified on October 13, 2024. The video (duration: 51 minutes 53 seconds) depicts the user of YouTube channel @duganashley1337, Derrick, describing detonators for explosive devices. At the beginning of the video, Derrick indicated that YouTube removed one of his videos, so he created

an Odysee account to upload all of his videos as a backup. The video appeared to be a download of the YouTube video titled "Detonators" (URL: youtube.com/watch?v=2hT9GQ74Rnk) on the YouTube channel @duganashley1337. The video was uploaded to YouTube on August 26, 2024. Below is a screenshot of video thumbnails that are depicted on the "Dug" YouTube webpage.




15. A video titled "NAP [primary explosive]" was found in the Videos folder and was last modified on December 28, 2024. The video (duration: 12 minutes) depicted the user of YouTube channel @duganashley1337, Derrick, describing NAP and demonstrating how to construct it. The video appeared to be a download of the YouTube video titled "NAP [primary explosive]" (URL: youtube.com/watch?v=Y0TJvbuF4yl) on the YouTube channel @duganashley1337. In the video, Derrick detonates what appears to be a destructive device. The video was uploaded to YouTube on September 18, 2023. Below is a screenshot of the thumbnail of the "NAP [primary explosive]" on the YouTube channel.




16. A video titled "SADS primary explosive" was found in the Videos folder on the USB and was last modified on December 28, 2024. The video (duration: 14 minutes 36 seconds) depicted the user of YouTube channel @duganashley1337, Derrick, describing SADS and how to construct it. The video appears to be a download of the YouTube video titled "SADS [primary explosive]" (URL: youtube.com/watch?v=R9rlhJrFmKc) on the YouTube channel @duganashley1337. SADS stands for silver acetylide double salt which are highly sensitive explosive compounds. The video was uploaded to YouTube on October 18, 2023. The video was taken down from YouTube, but was reposted on Derrick's Odysee account, which is depicted in the screenshot below.




17. I believe Derrick to be the individual seen in these videos based on his appearance compared to Derrick's identification documents. Derrick possessed the explosives in his videos, as his videos included demonstrations of Derrick manufacturing and detonating the explosives.

18. FBI New Orleans conducted open-source research, which revealed the YouTube account "Dug" -www.youtube.com/@duganashley1337, as the publisher of a video titled "R-salt". The video depicted the user of YouTube channel @duganashley1337, Derrick, describing R-Salt (also known as trinitroxylene (TNX)), how it compares to RDX, and the simplicity of preparation. R-Salt is an insensitive energetic material that can be used as an explosive.

19. This YouTube account had over fifteen thousand subscribers and twenty published videos, all of which were videos of what appeared to be instructions on how to make or compose various explosive compounds or material. Additional review of the "Dug" YouTube account revealed two links to additional content sharing platforms, specifically Odysee and Patreon. Below are two screenshots of the "Dug" account on YouTube.


Dug
@duganashley1337 · 15.8K subscribers · 20 videos
More about this channel ...more
odysee.com/@DuganAshley:e and 1 more link
Subscribe
Home
Videos
Playlists
Posts
RDX
Play all
15:21
17:46
23:20
R-Salt
Dug
14K views • 2 months ago
RDX Synthesis p2
Dug
29K views • 1 year ago
RDX p1
Dug
51K views • 1 year ago


Dug
Links
Patreon
patreon.com/DuganAshley
Odysee Backup
odysee.com/@DuganAshley:e
More info
View email address
www.youtube.com/@duganashley1337
Joined Jul 7, 2022
18.9K subscribers
27 videos
542,223 views
Share channel
Report user
Home
Videos
Shorts
detonators
Play all

20. The account holder of the "Dug" YouTube channel referenced an associated Odysee channel. A video titled "Dug's Delectable Detonator Secrets" posted on Apr 14, 2025, referenced Odysee in stating:

> *"Hey, welcome, glad you got this far. This is in the unlisted video section. This is where I put videos that would probably get taken down by YouTube. So, we are actually getting around the censorship. That is what we are attempting here. So, if these videos go down, the backup is going to be on Odysee. That's where you can find all these…"*

21. On February 5, 2025, FBI New Orleans obtained records from Google with regards to YouTube account @duganashley1337. The records revealed a customer name of "Jordan Derrick" under the billing information. FBI New Orleans also obtained records from Odysee Inc. regarding Odysee account https://odysee.com/@DuganAshley:e. The verified email address was identified as duganmail@tutanota.com. The IP Address logs also revealed IP address 107.77.208.172 on January 11, 2025. The account was registered on January 30, 2024, and, as of the date of the records, was last accessed on January 26, 2025. The account was also associated with the following usernames, "@DuganAshley", "Dugan's Only Fans Channel", and "Dug".

22. Derrick is the account holder and user of the @duganashley1337 and @DuganAshley:e accounts based on subscriber information[3] as well as a comparison of the individual depicted in the videos on those accounts and the Missouri driver's license for Jordan Derrick, which is the picture shown below. I believe the individual depicted in the below driver's license photograph of Jordan Derrick is the same person depicted in the videos previously

[3] The subscriber information was obtained by law enforcement officials by utilizing a subpoena.

identified in this affidavit. FBI New Orleans conducted a query through the Department of Motor Vehicles (DMV) to obtain driver's license information.



23. Jordan Derrick also utilizes an OnlyFans account, e86553cb54b6597af30edde348fDae8910aadf36;:lbry://@DuganAshley, and a Patreon account, www.patreon.com/DuganAshley, to post his instructional videos on how to manufacture explosive materials. Some of these websites can be accessed by the public for free, such as on YouTube and Odysee, and others are accessed through a paid subscription, such as OnlyFans and Patreon. In some cases, the higher the subscription fee, the more content the user will be able to access.

24. Patreon accounts are subscription based. An account holder can limit the amount of content available to users based on whether the user has an account and how much the user has paid to subscribe to the account holder's content. The "Dugan Ashley" account offers three tiers of subscription: "Dugan's Excuse Tier" for $4 per month, "Buy Dugan Supplies" for $20 per month, and Give Dugan ALL of your Money" for $100 per month. The account purportedly had 118 members and 18 posts as of June 2025.




25. On July 17, 2025, FBI New Orleans obtained records from Patreon in reference to account www.patreon.com/DuganAshley. The records showed the account was created on March 23, 2025, and the subscriber's name was listed as Jordan Derrick with display name, "Dug Ash". The email listed was dugashley@tutanota.com.

26. Derrick uses his YouTube, Odysee, OnlyFans, and Patreon accounts to distribute information pertaining to the manufacture of explosives in the form of instructional videos on how to manufacture homemade explosives. Derrick also engages with users who comment on his videos in the public comments section. For example, to a comment made on the RDX Part 2 video found on Odysee, On or about June 15, 2025, Derrick had the following exchange with an individual using Derrick's video to manufacture explosives:




27. In many of his YouTube videos, Derrick responds to users who posted comments on his videos, to include answering questions to further explain the chemistry behind the explosive making process. Derrick also posted a comment in a video he made that he anticipated putting more videos out, making it difficult for any platform to fully remove the instructional videos. In Derrick's videos on both YouTube and Odysee, some of Derrick's fans have commented on his videos saying they have archived his videos on their own hard drives or have re-posted them on

other content sharing platforms to keep the videos from being removed. In one example, a user has said they would post Derrick's videos on Discord, which is shown in the picture below screenshots.




28. As part of the FBI New Orleans investigation, the explosive charges in the Improvised Explosive Devices (IEDs) used in the terrorist attack on January 1, 2025, were collected and sent to the FBI laboratory for analysis. The analysis confirmed that the explosives used by Jabbar were chemically consistent with the instructional videos produced by Jordan Derrick.

29. On April 4, 2025, FBI New Orleans obtained a signed search warrant, through the United Sates District Court for the Eastern District of Louisiana for Google for YouTube account @duganashley1337. On June 3, 2025, FBI New Orleans received responsive documents from

Google pertaining to that account. A review of the records showed the same videos found on Jabbar's electronic devices.

## FBI KANSAS CITY INVESTIGATION

30. On or about July 19, 2025, FBI KC opened an investigation on Jordan Derrick based on the details provided by FBI New Orleans.

31. In November 2025, FBI KC obtained U.S. Army records for Derrick. The records stated Derrick was enlisted as a 21B Combat Engineer. Derrick served as Team Leader for Sapper Leader Course[4] and lead three soldiers. He provided personnel and tactical vehicle support for Sapper Leader Course. He helped supervise support and safety personnel during demolitions ranges, waterborne operations, airborne operations, mountain operations and field training exercises. In April 2009, Derrick was released from active duty. In February 2013, Derrick was honorably discharged from the military.

32. In November 2025, FBI KC obtained AT&T records associated with Derrick's home address in the Western District of Missouri. The records revealed account number 265063986091 was associated with this address. This account was an AT&T Mobility account under the name Jordan Derrick and included the phone number 970-417-8739. The account was opened in October 2018. The number 970-417-8739 was associated with a ZTE VM6200 car wi-fi hotspot device. The device is a 4G LTE wi-fi hotspot designed for vehicles. The device plugs directly into an OBD-II port in cars and can connect up to five devices. The device typically gets power from the car's engine when on but also has a USB adaptor for use outside the car. From July 17, 2025, to November 6, 2025 the ZTE VM6200 device was almost constantly on. Data

[4] Sappers are elite combat engineers in the military who performs critical, high-risk tasks such as demolitions, clearing minefields, bridge-building, and constructing field fortifications under fire. Sappers are skilled in demolitions, explosives, mine disposal, and obstacle reduction.

uploads and downloads took place almost 24 hours a day over the entire time frame. Over the entire period, 54763375766 bytes of data were uploaded, and 316545044545 bytes of data were downloaded.

33. FBI KC obtained AT&T records for phone numbers 573-777-0422 and 573-819-9309, which are associated with Jordan Andrew Derrick. The records listed Jordan Derrick as the user of phone number 573-777-0422 with a service start date of April 13, 2024. The records listed Derrick's wife as the user of phone number 573-819-9309. During the records period, July 17, 2025 to November 6, 2025, phone number 573-777-0422 made numerous phone calls to the Veterans Affairs (VA) Hospital in Columbia, Missouri, which is consistent with Derrick being a former Army service member.

34. On or about November 6, 2025, employment history checks were conducted on Derrick and on or about December 5, 2025, employment checks were conducted on his wife, in Missouri and Kansas. Neither Derrick nor his wife had any reported income to either Missouri or Kansas.

35. On or about February 18, 2026, Derrick posted a comment from his YouTube account on another YouTube user's video titled, "People are Refusing and A Rebellion Has Begun", which was posted on February 16, 2026. Derrick's comment stated, "10 years ago, I realized things were headed for the worst. I abandoned my career path, sold most everything I owned and moved to rural country. It's the best decision I've ever made. It took a lot of examples of dramatic social upheaval to get me to the point to be willing to do that, and was hard the first few years, especially financially, (I was broke for years) but it was the right path. In some ways, the things that have happened since then are not yet as bad as I feared, in other ways its so much worse than I could have imagined. I thank God everyday for my life, to be far away where I am."

36. On or about December 29, 2025, FBI KC obtained financial records associated with Derrick's USAA bank account. Based on review of financial documents, there was no indication of employment salary being deposited into Derrick's USAA bank account within the past few years. The records did show Derrick receiving a monthly disability payment, from the VA, for approximately $5,000. Derrick's account also showed payments from Ko-fi[5] in the total amount of $688.78, and Patreon in the total amount $702.95 during 2025. Outside of Jordan Derrick's online content, Derrick has no known employment.

37. On January 29, 2026, FBI KC obtained records from PayPal, which showed that Derrick made multiple purchases, via his PayPal account or Visa Credit Card ending in 2636, of chemical precursors, known to be used to make Homemade Explosives (HME). These accounts showed a shipping address of Derric's residence. Below is a list that includes, but is not limited to, purchases made between January 1, 2023, and December 31, 2025:

**PayPal:**

- Ammonium Nitrate Porous Prills, FCB025
- 60/80 Mesh, RM-Manganese-Granular
- Barium Carbonate, RM-BariumCarb

**Visa Credit Card ending in 2636:**

- 10lb Pentaerythritol mono grade min. 98.0%
- Nitroform 39-0-0 3-4 Months Slow Release Nitrogen and Urea Fertilizer 2 Pounds
- 2lb / 900g Pentaerythritol mono grade min. 98.0%
- Tetrasodium EDTA - EDTA.4Na 26.55
- 2lb / 900g Pentaerythritol mono grade min. 98.0%
- Custom Listing For Dug Only, Amorphous Phosphorus, 100g
- Whole Earth Erythritol Zero Calorie Sweetener, 4 lb. Bag, Free Shipping
- Whole Earth Erythritol Zero Calorie Sweetener, 4 Lb. Bag 14.81
- TILELab 1 Lb. Crystals Sulfamic Acid Cleaner, Removes Grout Haze and Residue

[5] Ko-fi is a platform for content creators to receive direct financial support from their audience through one-time tips, monthly memberships, selling products (digital/physical), and taking paid commissions or services. It offers the ability to donate using the creator' PayPal or Stripe account.

- Vintage REGAL Nickel Plated Metal Thimbles Assorted Sizes NEW
- NEW 1" CUBE ALUMINUM, (DCAL10) BOX OF 20
- Propylene Glycol 64 oz. USP Food Grade 99.9% Pure Kosher PG VG Bulk 1/2 Gallon
- Whole Earth Erythritol Zero Calorie Sweetener, 4 Lb. Bag
- Coarse Teflon Powder as Dry Lubricant. 2 lbs. No PFAS & No PFOA, 300 micron
- Sodium Metabisulfite - 1 Lb.
- Sodium Sulfite 99% PURE MIN. 3lb
- 3/8 In. X 36 In. Aluminum round Rod
- 3/8" X 36" Aluminum Round Rod For Plant Stakes Tent Pegs Dowel Pins Axles NEW
- 1 Gallon(7.5 LBS) "Dry&Dry" Premium Orange Indicating Silica Gel Desiccant Bead

38. Based on consultation with forensic scientists with the FBI Terrorist Explosive Devices Analytical Center (TEDAC), the above-listed components and compounds are commonly used in the synthesis of homemade explosives. Specifically, the chemicals above are utilized in the synthesis of NAP, Ethylene Glycol Dinitrate (EDGN)[6], and RDX.

39. The PayPal records also showed that between October and November 2025, Derrick received approximately $1,700, sent from 16 different people with the subject line, "Ko-fi for Dugan Ashley". In December 2025, the YouTube page for "Dug", also listed as "duganashley 1337", contained a link for "Donations/Support" this, which led to a link to "ko-fi.com/dug". The Dugan Ashley Ko-fi profile shows an About page that said the following which is depicted below: "This is Dugan's special sauce page. I will post more private and behind the scenes stuff here. Interact with questions more personally than YT. If you want to support me, I promise to turn your dollars into pressure waves."

[6] Ethylene glycol dinitrate is a colorless to yellow, oily liquid. It is used as an explosive ingredient in dynamite along with nitroglycerin.




40. As of February 12, 2026, the Ko-fi account was not publicly visible, and it is unknown if the account has been taken down by Ko-fi or has been deleted by Derrick. In one of Derrick's videos, someone posted the following comment: "I can't find him on ko-fi. Did his page get nuked?". This comment was posted in approximately January 2026, which is depicted in the image below.




41. FBI KC reviewed the records from Patreon with regards to Derrick's account, "Dugan Ashley". The records showed that in April 2025, the user submitted a ticket to Patreon with the following issue:

> "Need help with account settings","Hi, I'm trying to set up an account under the google account with the email ""duganmail@tutanota.com"" I cant get patreon to send emails to that account for verification. At least I think that's what's going on,

idk. I think it's sending emails to dugashley@tutanota.com which is incorrect email. I havent set up a password for patreon but when I try to send verifications to myself via email, nothing shows up in inbox. I assume it's going to a different email."

42. Through different records requests, duganmail@tutanota.com and dugashley@tutanota.com have been linked to Derrick.

43. The Patreon account also showed that between April 22, 2025, and June 13, 2025, 34 different people had "pledged" monthly support to Dugan Ashley. The monthly pledge varied per person and ranged from $4 to $100 and totaled $470. As of February 12, 2026, the Patreon account was not publicly visible. On or about July 2, 2025, Derrick had the following exchange from his YouTube account in response to another user's question on Derrick's YouTube video titled, "ETN 2", which was posted on November 8, 2025. The user posted the following comment: "Also, if you don't mind me asking, is your Patreon gone / paused? It's disappeared off of my membership list. Thanks again." Derrick replied, "yeah, I just closed it down. There was a Jewish weirdo that was writing death fantasies to me about my family. He was following the patreon. I realized I dont like people or care if they know anything about me or what I do or dont do." Below is a screenshot of this exchange.




44. On or about January 12, 2026, FBI KC contacted a Special Agent with the Bureau of Tobacco, Firearms & Explosives (ATF), to ask whether the ATF could confirm whether Derrick had a license to manufacture explosives or to distribute information relating to the manufacture of

explosives. The ATF Special Agent confirmed that Derrick did not have a license to make explosives or distribute information relating to the making of explosives. Additionally, on May 7, 2026, I confirmed with the ATF that although Derrick had some firearms registered in his name in the National Firearms Registration and Transfer Record, he did not have any registered destructive devices. I believe that the evidence summarized in this affidavit establishes probable cause to conclude that on or about September 18, 2024, Derrick possessed a destructive device that he detonated in a video and that device was not registered as required by federal law.

45. On or about February 4, 2026, FBI KC obtained updated records from Odysee for Derrick's account. The records showed recent logins as of November and December 2025.

46. On or about February 9, 2026, FBI KC obtained records for OnlyFans for Derrick's account, and the records showed the account was registered on June 2, 2023, with email address dgnashley@gmail.com. The account showed it being an active account and was last used on June 5, 2025, and was associated with an IP address that was identified as being a Virtual Private Network (VPN).[7]

47. On or about February 12, 2026, FBI KC obtained records from Google for Derrick's account, dgnashley@gmail.com, and the records showed the account was registered on June 2, 2023, with the name "Dugan Ashley". The account showed it being an active account and there were logins on February 5, 8, and 9, 2026 and all login IPs were associated with a VPN.

48. On March 16, 2026, FBI KC obtained a signed search warrant, through the United States District Court for the Western District of Missouri for Google account

[7] VPNs are a service that creates a secure, encrypted connection (a "tunnel") between your device and the internet, masking your IP address and online activity from ISPs, hackers, and advertisers. It redirects your traffic through a private server, allowing you to hide your location, bypass geo-restrictions, and safely use public or private Wi-Fi.

dgnashley@gmail.com. On March 18, 2026, FBI KC received responsive documents from Google pertaining to that account. A review of the records showed the following information:

49. The Google account was associated with an OnlyFans account with user ID @u336591725, Discord, Clipchamp,[8] LoyalFans,[9] and SnapChat accounts. The Google account showed logins on an Apple iPhone 17 ProMax, an iPad, and a Windows 10 PC. The Google account also showed it was associated with Ko-Fi account, Dugan Ashley. On November 5, 2025, the Google account received a notification that Dugan Ashley had seven new alerts on Ko-Fi.

50. On March 16, 2026, FBI KC obtained a signed search warrant, through the United States District Court for the Western District of Missouri for YouTube account @duganashley1337. On March 19, 2026, FBI KC received responsive documents from Google pertaining to that account. A review of the records showed the following information:

51. The account was associated with Jordan Derrick and his listed address Missouri. The account was linked to dugashley@tutanota.com and duganmail@tutanota.com. The account listed 573-777-0422 as a recovery phone number. The account was associated with a Donations/Support link to Derrick's Ko-Fi account and a video backup link to Derrick's Odysee account. The account showed logins with an Apple iPhone 12 and a Windows 10 PC.

52. On March 17, 2026, FBI KC obtained a signed search warrant, through the United States District Court for the Western District of Missouri for Odysee account odysee.com/@DuganAshley:e. On March 24, 2026, FBI KC received responsive documents from Odysee pertaining to that account. A review of the records showed the following information:

[8] Clipchamp is a video editor.

[9] LoyalFans is an online content hosting platform that allows content creators to share content with other users.

53. The Odysee account contained 24 videos, created by Derrick, to include videos previously mentioned above such as NAP, SADS, RDX, R-Salt, and Detonators. It also included videos such as how to make Trinitrotoluene (also known as TNT), Pentaerythritol tetranitrate (also known as PETN), Aminoguanidine Bicarbonate, and Ammonium Nitrate/Nitromethane (also known as ANNM). All of which are explosives or components used in the manufacture of explosives. Between May 2024 and July 2025, the account showed it received support from various users to the amount of approximately $730. The most recent login was March 18, 2026.

54. On March 17, 2026, FBI KC obtained a signed search warrant, through the United States District Court for the Western District of Missouri for Patreon account Dugan Ashley. On April 11, 2026, FBI KC received responsive documents from Patreon pertaining to that account. A review of the records showed the following information:

55. On July 1, 2025, the account was linked with a direct deposit to USAA Federal Savings Bank ending in 4808, which is linked to Derrick. On July 1, 2025, Derrick sent a message to Patreon of the following: "Hi, I need to payout a balance of around $700 but the page is unpublished and there is no payout option in settings for an individual. How can I receive this balance?". The account was paid out for approximately $702 on July 8, 2025, to the 4808 account.

**<u>OTHER RELATED INVESTIGATIONS</u>**

56. There are additional FBI full-field investigations, in other FBI field offices, where the subjects of those investigations are utilizing the explosive making instructions from Derrick's known online media accounts. These FBI subjects have expressed intent to use Derrick's videos to make Homemade Explosives ("HMEs") and use them to cause death or serious physical injury to others in support of their cause.

57. As recently as May 4, 2026, at approximately 3:39 A.M., Odessa, Missouri police officers were dispatched to investigate an explosion at an apartment in Lafayette County, Missouri. In a private residence, investigators found what they suspect were explosive manufacturing materials and two possible explosive devices. The explosion was sufficiently powerful and caused damage to the interior and exterior of the residence. The occupant of the apartment told investigators that he had watched online tutorials on how to make IEDs, produced by "Dug". The occupant stated he watched the videos on YouTube, but the videos were taken down and moved to Odysee. The occupant further stated Dug had been very ill and he was not sure if Dug was still posting videos. Investigators believe Dug to be Jordan Derrick as Derrick's known YouTube and Odysee channels name is "Dug".

**<u>SAMPLING OF DERRICK'S RELEVENT ONLINE COMMENTS</u>**

58. On or about February 1, 2024, Derrick posted a comment from his Odysee account in response to another user's question on Derrick's Odysee video titled, "Pyro Valence Example". Derrick had the following exchange:

> @[redacted]
>
> "hey Dugan, this all looks like fun but I can't find the laws or specifically the exemptions that would let me do this. Though the atf's page on binary explosives says "Persons manufacturing explosives for their own personal, non-business use only (e.g., personal target practice) are not required to have a federal explosives license or permit under 27 CFR, Part 555." I can't actually find the exemption when i go looking at the reg. Can you point a brother in the right direction? 🙏"
>
> @duganashley1337

"I assume you are in America? Different nations have other law. If in America, You are looking for something that doesnt exist. You dont need a permission slip to make explosives. If you kill someone or destroy property, you will be liable. If you transport, manufacture, sell, store, stockpile explosives, you are under the jurisdiction of the ATF. There has never at any time in history been some sort of authority that authorizes you to synthesize explosives. If you are transporting storing or manufacturing, in USA, you need to meet all of the legal requirements of BATFE."

@[redacted]

"Thanks! Yeah, in America. Like many things atf, it's all made up and arbitrary it seems. If they are fine with binary explosives then they can't really have a problem with things that take a few extra steps I suppose. also WELCOME BACK!"

@duganshley1337

"Yes, there is no recent legal ruling, but explosives are covered by the 2A of US Constitution, same as black powder. The first battles fought against britain in colonies were over confiscation of powder. The only difference between black powder and other explosives is detonation velocity. BP is supersonic. There are other powder mixes besides black powder that have even higher velocities. The ATF is actually not a lawful entity and has no lawful reference to cite to necessitate its jurisdiction over explosives. It's an arbitrary power which they claim under the guise of commerce, or professional commerce regulatable uses. Their authority is unrelated to the regulation of explosives in general as a technology and they certainly dont have lawful authority to prohibit explosives. Guns themselves are in the same light of ATF, all gun regulation by ATF is related to commerce and selling distribution of guns. The ATF has further purview because they

got their foot in the door with congressional authorized background checks, which they themselves must administer and maintain, giving ATF job security. If you manufacture weapons, build pistols and rifles, it is a protected activity under the 2A US Constitution. They have no authority to demand you to produce a serial number nor authority to prohibit personal manufacture of guns and technically even automatic weapons, which are also covered by 2A. They are currently operating under that assumption because there has been no supreme court challenge amd they implemented the hughes amendment which does not prohibit automatic weapons but simply regulates their sale and distribution under commerce. But all of those things mentioned above are 2A. Explosives are much different because they dont require manufacturing machinery or large expenses to produce, they are unregulatable even if ATF wanted to. Explosives can be made from anything. Explosives can be made from table salt."

59. In April 2025, Derrick posted a comment from his YouTube account in response to another user's question on Derrick's YouTube video titled, "Advanced Explosive Design [pt 2]". Derrick had the following exchange:

> @[redacted]
>
> "Do a video on not going to jail doing whats in the video, like whats the laws? Ye seem like maybe you have some military backround so they would have told you the laws >/?
>
> @duganashley1337
>
> "The ATF is the regulatory authority. They are obviously not a legitimate law enforcement agency, because as you can see right now, their rulings are constantly struck down in courts. ATF regulates based on commerce. If you arent making taxable money from the use of explosives you escape their entire purview of

authority under commerce. They enforce rules on storage and transport and manufacturing devices. If you avoid storage, avoid transporting it (no driving to a range) and dont manufacture devices (like anti personnel devices), then you escape pretty much all regulatory authority. All thats left after that is if criminal acts are committed with explosives then that supersedes everything else. Other than the clause of commerce, and public safety, there is no regulation of explosives. Even devices that are deemed illegal by ATF for now are clearly covered by the 2nd Amendment to the constitution. Of course I wouldnt press my luck regarding that, but just using explosives for research purposes is definitely not regulated in USA. Most explosives were discovered by civilians. The ATF regulation they use can be found in their "orange book" ATF P 5400.7"

60. In April 2025, Derrick posted a comment from his YouTube account in response to another user's question on Derrick's YouTube video titled, "Dug's Delectable Detonator Details". Derrick had the following exchange:

@[redacted]

"Love the music. What's the shelf life on one of these here Vienna sassages"

@duganashley1337

"Over 2 years on NAP and counting. Decades on PETN. Proably many decades of shelf life."

61. In an Odysee video, titled "Dugs Detonator Secrets", which was last modified on April 18, 2025, Derrick was observed standing in front of his single-story garage building and stated the following: "This is in the unlisted video section. This is where I put videos that would probably get taken down by YouTube. So, we're actually getting around the censorship. That's

what we're attempting here. So, if these videos go down, the back up is going to be Odysee. That's where you can find all these. Anyway, why don't you come on into the uh lab over here and let's get set up. Let's talk about detonators." The video then shows Derrick entering into his garage and wiping his boots off on an already wrinkled and dirty Israeli flag. Derrick then states, "Uh, do make sure that you wipe off your shoes when you come in, just we got to keep a clean house". Derrick continues, "There are a plethora of uh, moral, you know, entanglements with topics, any topic of teaching explosives, right? Of course, the wrong people could get it. Of course, it could be misused. It will be misused, right? But, if you hadn't noticed, uh the seams of this address might be coming apart here. So, my angle on it is that my responsibility to my countrymen is to make sure that I serve the function of the second amendment to strengthen it, for you my fellow militia. And that's what this is all about. This is how I serve my country for real. It's just like firearms, if you teach someone firearms, of course the information could be misused, right? But the fact of the matter is that green berets teach enemy combatants in combat to fight and then they fight us later. And that's been going on for a long time, so this kind of stuff is, and it's really quite innocuous, but critical information that we would need if we needed to use it in warfare. And in unconventional warfare, this is going on all the time. This is going on in eastern Europe right now, so if you need to come up with your weapons for knocking out tanks, for fighting infantry, this is uh, you know, this is a viable topic and that's why they dont want you to know it. It's important information to have and it's really not critical data. I mean, Terrorists already make bombs, terrorists already make detonators. This is isn't anything new to them, it's new to you, my viewer. And I want to be the one to pop your cherry."

62. On or about January 3, 2026, Derrick posted a comment from his YouTube account on another YouTube user's video titled, "[redacted]", which

was posted on January 3, 2026, Derrick posted the following, "Well, whatever happens, Im just here for the violence". On or about January 30, 2026, Derrick posted a comment from his YouTube account on another YouTube user's video titled, "[redacted]", which was posted on January 30, 2026. Derrick's comment stated, "You have every right to defend your sovereignty and destroy invaders".

63. On or about March 4, 2026, Derrick posted a comment from his YouTube account in response to another user's question on Derrick's video titled, "PBX Research Part 3. Derrick posted the following, "Thanks. Im sorry but I get targeted for censorship harassment. Theyve shut down kofi, subscribe star and patreon." On or about March 7, 2026, Derrick posted a comment from his YouTube account on another YouTube user's video of the following: "I will try to start more videos soon. Ive been doing a lot of plumbing"

64. Based on the above statements and the other information contained in this affidavit, I believe Derrick is "distributing information pertaining to the manufacture or use of an explosive, destructive device, or weapon of mass destruction with the knowledge that the teaching, demonstration, or information be used for, or in furtherance of, an activity that constitutes a Federal crime of violence" in violation of Title 18 U.S.C. § 842(p)(2).

**PURCHASE HISTORY**

65. On or about February 10, 2026, FBI KC obtained records from Alliance Chemical detailing purchases made by Derrick on or about October 26, 2025. These items were shipped to Derrick's residence. Based on my experience and training, the below list of chemicals are precursor chemicals used to make HME.

a. Cyclohexanone Technical Grade - 1 Liter / 1 Liter $33.53

b. Potassium Hydroxide (KOH) - 2 lbs. / 1 Pack (2 lbs.) $17.20

c. n-Heptane 99% Technical - 1 Liter / 1 Pint $14.20

d. Hexane Technical Grade - 1 Quart / 1 Quart Can $19.00

e. Ethylene Glycol Semiconductor Grade - 1 Quart / 1 Quart $14.11.

66. On or about February 12, 2026, FBI KC obtained Derrick's eBay records. Derrick used his Visa credit ending in 2636, between October 2025 through February 2026, to purchase the following items, which were shipped to Derrick's residence:

a. Cole Parmer 04644-Series Digital Hot Plate / Stirrer

b. FISHER SCIENTIFIC ISO TEMP HOTPLATE/STIRRER

c. Fisher Scientific Model 11-500-4S Magnetic Hotplate Stirrer, Tested & Working

d. 30mm Magnetic Stir Bar with Pivot Ring – Lab Grade

e. PTFE Teflon Magnetic Stirring Bar Stirrer 1.5 in x 1/4 in

f. Glass Beaker 100 ml Borosilicate glass 3.3 Tall Form Marienfeld Superior

g. Beaker 250 ml Borosilicate glass 3.3 Tall Form Marienfeld Superior

h. Kimax West Glass Jacketed Liebig Distillation Condenser 24/40

i. Thermometer, Yellow-Backed, Partial Immersion, Single Scale -20°C to 110°C

j. Hilitand K Type Thermocouple, PTFE K Thermocouple 2 Wire Silver

k. ONiLAB Lab Serological Pipette Controller Manual Pipette Filler 0.1-100mLABS

l. Measuring Jug, 5000ml - Polypropylene - Short Form - Eisco Labs

m. Flask Cleaning Brush, 15" - For Glassware up to 4" Diameter - Eisco Labs

n. Kimax 2000ml Single Neck 24/40 Round Bottom Boiling Flask Lab Glass

o. 10 x Keck clamps clips: 24/40 joint size LAB GLASS FREE SHIPPING clip clamp

p. Full Face Safety Shield Flip Up Visor Tool Mask Clear Glasses Eye Protection

q. Lab Glass Vacuum take-off Adapter 24/40,105 Bend

r. 1Pc Laboratory Jack Aluminum Alloy Laboratory Lift Jack Stand Jack Stand

s. USB 3.0 Memory Card Reader Adapter 5GBPS Fit CF/TF/SD/Micro SD/XD/M2/MS Card LOT

t. RadioMaster ER4 ExpressLRS (ELRS) 2.4GHz 4-Channel Receiver [RM-HP0157.RX-ER4]

u. 1000 pcs 2mm Precision Solid Aluminum Balls

v. 100pcs AO3400 A09T 5.7A 30V SOT23 N-Channel MOSFET SMD Transistor

w. QIACHIP DC 12V 1CH 433Mhz RF Wireless Relay Remote Control Light KR1201B_1

x. Microwave Capacitor, 0.95uF AC 2100V High Voltage 7mm Pin Distance

y. RI80 3W 5W 10W Power Rated 10R-10G Ohm High Voltage Glaze Resistor New

z. 3W Metal Film Resistors 3 Watt 1% Tolerance 1 ohm - 1M

aa. Loopacell LIR2032 2032 Li-ion Lithium Rechargeable 3.6V Coin Cell 10 Batteries

bb. 3X BLACK SPST Mini Push Button Pre-Wired N/O Momentary Switch OFF-(ON)

cc. TI TLC555CP 555 Type, Timer/Oscillator (Single) IC 2.1MHz 8-PDIP - 8 Pcs

dd. 10pcs Dip-8 IC Socket Solder Type Double Row 8PIN DIP Integrated Circuit dip8

ee. SW-18030P Retarded Sensitivity Spring Electronic Vibration Sensor Switch 30Pcs

ff. 1 Meter 99.99% High-Purity Aluminum Al Wire Round Solid Aluminum Wire

gg. 30awg-2awg Chose Colors UL Multi-Strand Silicone Flexible Soft Cable 0.08mm Wire

hh. 50PC NEW Temperature sensor PT100 DS18B20 stainless steel protective case

ii. 3.5mm ID X 5mm OD Yellow Tygon Tube Fuel Hose Line 1.5M

jj. 8 Cue 1000M Wireless Fireworks Firing System Igniter Stage Control Equipment

kk. 100pcs/Lot 11.81" Copper Remote Firework Firing System Connect Wire Orange Line

67. After consultation with an ATF Special Agent knowledgeable in the laws applicable to manufacturing and/or deals in explosives, I know that it is a violation of 18 U.S.C. § 842(j) for any person to store any explosive materials in a manner not in conformity with Federal regulations. Such is the case when explosive materials are stored in an occupied residence. I also know that it is a violation of 18 U.S.C. § 5861(d) for any person to possess an unregistered firearm. I know that the definition of firearm under 26 U.S.C. §§ 5845(a) and (f) includes destructive devices, the definition of which includes explosives, incendiaries, and bombs. A search of the relevant databases found no evidence that Derrick has any license to manufacture, distribute, or store explosive materials. There was also no evidence that the explosives possessed by Derrick in his videos were registered to him, as required by statute. I know that anyone who manufactures and/or deals in explosives must be licensed by ATF to do so, and that the storage of such explosives in a residence or vehicle is in violation of licensing and storage requirements as defined by law. Furthermore, I know that due to the volatile nature of explosive materials, their improper manufacture and storage poses an extreme danger to the individual/dealer, as well as nearby residents and their property.

**REQUEST FOR SEALING**

68. It is respectfully requested that this Court issue an arrest warrant under seal, to include all papers submitted in support of the Complaint, until further order of the Court or the initial appearance of Jordan Andrew Derrick complaint. I believe that sealing these documents is necessary for the safety of the arresting law enforcement officials. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits via the

Internet and disseminate them to other online criminals as they deem appropriate, *i.e.*, post them publicly online. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize the safety of law enforcement officials.

## CONCLUSION

69. I submit that this affidavit supports a probable cause determination that Jordan Andrew Derrick has committed federal offenses, specifically engaging in a business of manufacturing explosive materials without a license in violation of 18 U.S.C. §§ 842(a)(1) and 844(a)(1); unlawfully possessing a firearm, specifically a destructive device, in violation of 26 U.S.C. §§ 5861(d) and 5871; and distribution of information relating to explosives, in violation of 18 U.S.C. §§ 842(p)(2)(B) and 844(a)(2).

Respectfully submitted,

*Kacie L. Laidacker*

Kacie L. Laidacker
Special Agent
FBI Kansas City

Presented by reliable electronic means and sworn to telephonically
~~Subscribed and sworn to before me~~
on May 8, 2026

*Sarah W. Hays*

HONORABLE SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MISSOURI