IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26cr00262 |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant, | ) | |

**REQUEST FOR EXTENSION OF FILING PRE-TRIAL MOTIONS**

**Comes Now** Defendant, by and through counsel, and with the consent of Defendant and AUSA, files this Request for Extension of Filing the pre-trial motions.

1. Counsel has notified the Government and the Government does not object to a continuance for these purposes.
2. Defendant is aware of this request and consents to a continuance for these purposes.
3. Defense counsel is not familiar with the Court's calendar in this Division, but is available at the Court's discretion and requests this continuance be 60 days or on whatever date the Court pleases.

Respectfully submitted,

By: */s/ Matthew J. Brown*

Matthew J. Brown 63457 MO
Attorney for Defendant
231 S. Bemiston Ave, Ste. 1100
Clayton, MO 63105
P: (314) 563-0258
F: (314) 947-5176
mb@combswaterkotte.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's filing system.

*/s/ Matthew J. Brown*