JORDAN DERRICK
INMATE 981611
CASE NO. 26-00262-01-CR-W-SRB



YOUR HONOR,

I AM WRITING THIS LETTER AGAINST THE INSTRUCTION OF MY COUNSEL BECAUSE I FEEL DEEPLY WRONGED IN MY CIRCUMSTANCES AND HOPE A DIRECT COMMUNICATION WILL BE MOST EFFECTIVE.

I AM A DISABLED WAR VETERAN FROM RURAL WESTERN MISSOURI AND HAVE BEEN TARGETED BY THE FBI AND FEDERAL PROSECUTORS FOR EXERCISING STATUTORY RIGHTS. I AM ATTEMPTING TO PREPARE DEFENSE WITH A PAYED ATTORNEY FROM ST. LOUIS, AS FUNDED BY DONATIONS FROM THE GENERAL PUBLIC, WHO ARE AWARE OF THE INFORMAL GENERALITIES OF THE CASE, AND WHO FELT COMPELLED TO DEFEND ME.

MY BOND WAS DENIED BASED ON, WHAT I BELIEVE IS, ENTIRELY FALSIFIED TESTIMONY NARRATIVE FROM THE PROSECUTOR AND IS IN NO WAY ACCURATE OR REPRESENTATIVE OF REALITY. SINCE DENIAL OF BOND, INFORMATION HAS COME TO LIGHT FROM GOVERNMENT EVIDENCE DISCOVERY DEMONSTRATING THIS.

I BELIEVE MY PROSECUTION IS BASED ON IMPERMISSIBLE MOTIVE AND GOVERNMENT MISCONDUCT. AS SUCH, I HAVE BEEN ATTEMPTING FOR MONTHS TO COMPOSE MOTIONS FOR THE COURT WHILE PREPARING TRIAL DEFENSE. I AM DOING THIS FROM CONFINEMENT IN PETTIS COUNTY. DURING CONFINEMENT I HAVE BEEN DENIED ACCESS TO CONTACT WITH THE ATTORNEY AND DISCOVERY. THE JAIL IS TOTALLY UNEQUIPPED AND INADEQUATE FOR DEFENSE PREPARATION. MY DISCOVERY IS 13,000 PDF DOCUMENTS AND IS STILL NOT COMPLETELY DELIVERED. THE JAIL ROUTINELY MISSES SCHEDULED ZOOM VISITS, APPOINTMENTS AND THE POD PHONE IS TOO LOUD TO USE. I AM UNABLE TO SCHEDULE VIEWING OF DISCOVERY, AND WHEN VIEWED, THE DEVICES

ARE TOO LOW RAM-MEMORY TO PROCESS THE MULTI-THOUSAND PAGE DOCUMENTS. YESTERDAY MY ATTORNEY WAS TOTALLY UNABLE TO SCHEDULE A MEETING WITH THE JAIL BECAUSE THERE ARE NO STAFF AVAILABLE THAT CAN ALLOW ATTORNEY VISITS. FURTHER, THE GOVERNMENT CLOSED MY BANK ACCOUNT AND WIFE'S BANK ACCOUNT, AND MY WIFE IS BANNED FROM OPENING A BANK ACCOUNT BY HER SOCIAL SECURITY NUMBER, EVEN IN DISTANT CITIES LIKE COLUMBIA.

I AM PRESENTLY UNINFORMED ON THE STATUS OF MY COURT PROCEEDINGS. I AM PRESENTLY DISATISFIED WITH MY REPRESENTATION AND FEEL UNABLE TO COMMUNICATE WITH THE COURT, OR TO PREPARE DEFENSE. ADDITIONALLY, I HAVE MULTIPLE SCLEROSIS AND HAVE ATTEMPTED TO COORDINATE TREATMENT WHILE CONFINED EXHAUSTIVELY TO NO AVAIL. I HAVE CONTRACTED SOME UNKNOWN RINGWORM OR FUNGAL INFECTION ON MY ENTIRE BODY SINCE SEPTEMBER, AND HAVE BEEN REPEATEDLY DENIED PROPER DIAGNOSIS OR EFFECTIVE TREATMENT.

I HAVE NO CRIMINAL HISTORY NOR VIOLENT HISTORY, BUT IN THE JAIL I AM ROUTINELY EXPOSED TO CRIMINAL ACTIVITY AND NON CONSENSUAL CONTACT WITH VIOLENT AND DEGENERATE CRIMINALS, TOTALLY UNAFRAID OF GOD. I HAVE REQUESTED REPEATEDLY TO BE PLACED IN SOLITARY CONFINEMENT TO AVOID EXPOSURE TO THIS CRIMINALITY BUT HAVE BEEN DENIED DUE TO OVER CROWDING AND UNDERSTAFFING.

DURING DETENTION, MY FAMILY AND HOMESTEAD HAVE BEEN DISRUPTED. I HAVE 3 CHILDREN AND A WIFE WHO ARE UNABLE TO MAINTAIN THE RURAL LIVING SITUATION. MY LIVESTOCK HAVE BEEN KILLED BY COYOTES, LIVESTOCK HAS BEEN SOLD, GUARDIAN DOGS SOLD, DUE TO INABILITY OF FAMILY TO MANAGE HOME IN MY ABSENCE.

MY FAMILY HAS BEEN DEEPLY TRAUMATIZED BY THE HOSTAGE RESCUE TEAM RAID AND FBI SECRET INVESTIGATION. MY IMMEDIATE FAMILY AND EXTENDED FAMILY ARE ALL LAW ABIDING CITIZENS CONSISTING OF BUSINESS OWNERS AND COMBAT VETERANS FROM COLUMBIA DOWN TO SPRINGFIELD. NO ONE IN MY FAMILY HAS ANY CRIMINAL HISTORY, AND HAVE BEEN CITIZENS OF MISSOURI SINCE BEFORE MISSOURI WAS INCORPORATED AS A STATE INTO THE UNION, BACK TO THE TIME OF THE REGION BEING INDIAN LAND. THE EVENT OF MY ARREST HAS PUT RESENTMENT, DISTRUST AND ENMITY BETWEEN MY FAMILY AND THE GOVERNMENT. I AM CONCERNED THIS BITTERNESS WILL EVOLVE INTO SOMETHING WORSE AND LASTING.

AT THIS TIME, I AM ATTEMPTING TO CONTACT MY LAWYER TO SCHEDULE A BOND HEARING WITH THE COURT, BUT SO FAR TO NO EFFECT. I HAVE MULTIPLE PROSECUTORIAL DEFECT MOTIONS I AM ATTEMPTING TO SUBMIT TO THE COURT. I BELIEVE IF I WERE GRANTED BOND IT WOULD NEARLY RELIEVE ALL OF THESE ISSUES AND SO I ASK THAT YOU CONSIDER THESE UNDERLYING BACKGROUND CIRCUMSTANCE IN LIGHT OF MY EVENTUAL REQUEST OF BOND THROUGH MY COUNSEL.

I AM CERTAINLY NO DANGER TO MY COMMUNITY AND HAVE MANY SUBSTANTIAL TIES AND HAVE NO FLIGHT RISK. THE GOVERNMENT REQUESTED DENIAL OF BOND SIMPLY TO INHIBIT AND IMPAIR MY ABILITY TO DEFEND MYSELF AND TO MISTREAT MY FAMILY.

THANK YOU FOR YOUR TIME,

JORDAN DERRICK
INMATE 981611
PETTIS COUNTY JAIL