Jordan Derrick
338 S. Lamine Ave
Sedalia, MO 65301

MID-MISSOURI MO 650
COLUMBIA MO
6 NOV 2026 AM 2 L




RECEIVED
2026 NOV -9 PM 1:42
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Judge Stephen R. Bough
Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Screened By
U.S. Marshals

MAILED FROM [illegible] COUNTY JAIL

6410682607 C031